**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Malawi Communications Regulatory Authority, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. _____ |
| Precisely Software Incorporated, | ) ) *Document Filed Electronically* |
| Respondent. | ) ) ) ) |

**CORPORATE DISCLOSURE FORM**

Malawi Communications Regulatory Authority ("MACRA") is a statutory corporation wholly owned by the Government of Malawi and established under the 2016 Communications Act with a principal place of business at Salmin Armour Road, Private Bag 261, Blantyre, Malawi. There is no publicly held corporation owning 10% or more of stock in MACRA.

Date: February 28, 2025

Respectfully submitted,

/s/ Steven L. Penaro
Steven L. Penaro (30182009)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
steven.penaro@alston.com

1

2

        Robert H. Poole (pro hac forthcoming)
Alston & Bird LLP
1201 W Peachtree St NE #4900
Atlanta, GA 30309
Telephone: (404) 881-4547
Facsimile: (404) 881-7777
robert.poole@alston.com

*Counsel for Malawi Communications Regulatory Authority*