AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01574-GC-JBD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Precisely Software Incorporated</u> was received by me on *(date)* <u>Mar 3, 2025, 3:39 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lisa Constant, Service of Process Specialist for Corporation Service Company</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Precisely Software Incorporated</u> on *(date)* <u>Thursday, Mar 6th 2025 at 12:54 pm EST</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/06/2025

Signed by:
*John DeLorenzo*
7D88C400034248F...

*Server's signature*

John DeLorenzo, Process Server

*Printed name and title*

Veritext, LLC, 1100 Superior Avenue, Suite 1820, Cleveland, OH 44114

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 6, 2025, 12:54 pm EST at Corporation Service Company: 100 Charles Ewing Boulevard, Suite 160, Ewing, NJ 08628 received by Lisa Constant. Age: 55-65; Ethnicity: Caucasian; Gender: Male; Weight: 140-160; Height: 5'2"; Hair: Gray; Relationship: Service of Process Specialist.

I delivered the documents to Lisa Constant, with identity confirmed by subject producing identification. Constant confirmed that she is authorized to accept legal documents on behalf of Corporation Service Company, registered agent of the aforementioned entity, in her official capacity as a Service of Process Specialist. Constant accepted the documents with direct delivery.

Documents Served: COVER LETTER; CIVIL COVER SHEET; DECLARATION OF THOKOZANI CHIMBE; EXHIBITS 1-8; SUMMONS IN A CIVIL ACTION; [PROPOSED] ORDER; CORPORATE DISCLOSURE FORM; EXHIBIT 7; SUMMONS IN A CIVIL CASE; EXHIBITS 1-5

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**MALAWI COMMUNICATIONS REGULATORY AUTHORITY,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**PRECISELY SOFTWARE INCORPORATED,**
*Defendant*

CASE NUMBER: **3:25−CV−01574−GC−JBD**

TO: *(Name and address of Defendant):*

> Precisely Software Incorporated
>
> c/o Corporation Service Company
> 100 Charles Ewing Blvd
> Trenton, NJ 08628-3453

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> Steven L. Penaro
> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016
> (212) 210-9400
> steven.penaro@alston.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**



**ISSUED ON 2025−03−03 10:19:40**, Clerk USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____; or

☐ Returned unexecuted: _____
_____
_____; or

☐ Other (specify):
_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____      _____
              Date                          *Signature of Server*

                                            _____
                                            *Address of Server*