UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Malawi Communications Regulatory Authority,<br><br>Petitioner,<br><br>v.<br><br>Precisely Software Incorporated,<br><br>Respondent. | Hon. Georgette Castner<br>Case No. 3:25-cv-1574-GC-JBD<br><br>**LETTER REGARDING DOCUMENTS FILED UNDER TEMPORARY SEALING PENDING RESPONDENT'S APPEARANCE** |

On February 28, 2025, Malawi Communications Regulatory Authority ("MACRA") filed its Petition to Confirm Arbitration Award, which was rendered by an arbitrator in Malawi in favor of MACRA and against Agilis International Inc., now known through merger as Precisely Software Incorporated ("Precisely").

Among other exhibits filed in support of its petition, MACRA filed Exhibits 1-5, which are contracts entered into between MACRA and Agilis (the "Agreements"). (*See* Docs. 1-3 to 1-7). The Agreements contain confidentiality provisions.

MACRA filed the Agreements under temporary seal subject to a motion to seal pursuant to Local Rule 5.3(c)(4). MACRA did so out of an abundance of caution to allow Precisely the opportunity to appear and to voice any objections prior to the

Agreements being made publicly available on this Court's docket. MACRA has no objections to lifting the temporary seal on the Agreements.

Accordingly, MACRA requests the Court maintain the temporary seal to allow Precisely the opportunity to appear and express its position on whether the Agreements should remain sealed.

Date: March 14, 2025

Respectfully submitted,

*/s/* Steven L. Penaro

Steven L. Penaro (30182009)
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
steven.penaro@alston.com

Robert H. Poole (pro hac forthcoming)
**Alston & Bird LLP**
1201 W Peachtree St NE #4900
Atlanta, GA 30309
Telephone: (404) 881-4547
Facsimile: (404) 881-7777
robert.poole@alston.com
*Counsel for Malawi Communications Regulatory Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2025, I caused the attached document entitled LETTER REGARDING DOCUMENTS FILED UNDER TEMPORARY SEALING PENDING RESPONDENT'S APPEARANCE to be mailed to the below address to Matt Adler at Troutman Pepper and Locke, who informed me he has been retained to represent Precisely Software Incorporated in this matter. I have also caused a courtesy copy to be emailed to Matt Adler at the below email address:

Matt Adler
**Troutman Pepper Locke**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4802
matt.adler@troutman.com

/s/ Steven L. Penaro

Steven L. Penaro (30182009)