Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Angelo A. Stio III**
D 609.951.4125
Angelo.stio@troutman.com

March 18, 2025

**VIA ECF**

Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, NJ 08608

Re:   *Malawi Communications Regulatory Authority v. Precisely Software Incorporated*,
      Case No. 3:25-cv-01574-GC-JBD

Dear Judge Castner:

This firm represents Respondent Precisely Software Incorporated ("Precisely") in connection with the above-referenced matter. Pursuant to Local Rule 6.1(a), we write at this time to request an extension of time for Precisely to answer, move or otherwise respond to Petitioner Malawi Communications Regulatory Authority's Petition to Confirm the Arbitration Award ("Petition").

This case was filed on February 28, 2025. Precisely was served with the Petition on March 6, 2025, therefore, Precisely's response is currently due March 27, 2025. No other prior extensions have been obtained. As reflected on the enclosed Stipulation Extending Time to Respond, Precisely has sought and received the consent of Petitioner for an extension of time for Precisely to answer, move or otherwise respond to the Petition.

Based upon the foregoing, Precisely respectfully requests that the Court grant it an extension of time to May 5, 2025 and to So Order the same on the space provided on the enclosed Stipulation.

Thank you in advance for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Angelo A. Stio III*

Angelo A. Stio III

Enc.

cc:   Hon. J. Brendan Day, U.S.M.J. (via ECF)
      All counsel of record (via ECF)