# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Malawi Communications Regulatory Authority,<br><br>                             Petitioner,<br><br>v.<br><br>Precisely Software Incorporated,<br><br>                            Respondent. | Case No.: 3:25-cv-01574-GC-JBD |

## STIPULATION EXTENDING TIME TO RESPOND

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Respondent Precisely Software Incorporated to answer, move or otherwise respond to the Petitioner Malawi Communications Regulatory Authority's Petition to Confirm the Arbitration Award in the above-captioned action is hereby extended, up to and including May 5, 2025.

| | |
|---|---|
| **ALSTON & BIRD LLP** <br> *Attorneys for Petitioner* | **TROUTMAN PEPPER LOCKE LLP** <br> *Attorneys for Respondent* |
| BY: */s/ Steve Penaro* <br> Steven L. Penaro, Esq. <br> 90 Park Avenue <br> New York, NY  10016 <br> 212-210-9400 <br> steve.penaro@alston.com | BY: */s/ Angelo A. Stio, III* <br> Angelo A. Stio, III, Esq. <br> 301 Carnegie Center, Suite 400 <br> Princeton, NJ 08540 <br> 609-452-0808 <br> angelo.stio@troutman.com |
| Dated:  March 18, 2025 | Dated:  March 18, 2025 |

**IT IS SO ORDERED** this 19th day of March, 2025

_____
J. Brendan Day
United States Magistrate Judge