Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Malawi Communications Regulatory Authority, | ) <br> ) <br> ) |
| Petitioner, | ) Case No. 3:25-cv-1574-GC-JBD <br> ) <br> ) |
| v. | ) **NOTICE OF MOTION FOR** <br> ) ***PRO HAC VICE*** |
| Precisely Software Incorporated, | ) **ADMISSION OF ROBERT** <br> ) **H. POOLE II** |
| Respondent. | ) <br> ) *Document Filed Electronically* <br> ) <br> ) |

**TO:**

**TROUTMAN PEPPER LOCKE LLP**
Angelo A. Stio, III
301 Carnegie Center, Suite 400
Princeton, NJ 08543
609-452-0808
angelo.stio@troutman.com

Matthew H. Adler
3000 Two Logan Square
Eighteenth and Arch Streets

1

Philadelphia, PA 19103
215-981-4000
Matt.adler@troutman.com

*Counsel for Precisely
Software Incorporated*

**PLEASE TAKE NOTICE** that on April 21, 2025 at 9 a.m., or as soon thereafter as counsel may be heard, pursuant to L. Civ. R. 101(c), the undersigned attorney for Petitioner Malawi Communications Regulatory Authority ("MACRA"), shall move before the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order admitting Robert H. Poole II, Esq. to appear *pro hac vice* in the above referenced action.

PLEASE TAKE FURTHER NOTICE that in support of said application, the Petitioner shall rely on the accompanying declarations of Steven L. Penaro, Esq. and Robert H. Poole II, Esq. Oral argument is requested if opposition to this motion is filed. A proposed form of Order is also attached hereto.

## LOCAL CIVIL RULE 7.1 STATEMENT

The undersigned hereby certifies that, to the best of his knowledge, no brief or memorandum of law is necessary in support of the within motion as the issues raised thereby involve no complicated issues of law.

Dated: March 20, 2025

*/s/ Steven Penaro*
STEVEN L. PENARO
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steven.penaro@alston.com

*Counsel for Petitioner Malawi Communications Regulatory Authority*