Steven L. Penaro
**Alston & Bird LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
steve.penaro@alston.com

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Malawi Communications Regulatory Authority,<br><br>    Petitioner,<br><br>    v.<br><br>Precisely Software Incorporated,<br><br>    Respondent. | Case No. 3:25-cv-1574-GC-JBD<br><br>**DECLARATION OF ROBERT H. POOLE IN SUPPORT OF *PRO HAC VICE* APPLICATION**<br><br>*Document Filed Electronically* |

I, ROBERT H. POOLE II, file this application to appear *pro hac vice* before the United States District Court, District of New Jersey.

1. My full name is Robert Howard Poole II.

2. I am an attorney with the law firm of Alston & Bird LLP.

3. My office address, telephone number, fax number and e-mail address are as follows:

>   Alston & Bird
>   1201 West Peachtree Street, Suite 4900
>   Atlanta, GA 30309

Telephone: 404-881-4547
Facsimile: 404-881-7777
Robert.Poole@alston.com

4. I have been retained as a member of the above-mentioned firm by Petitioner Malawi Communications Regulatory Authority ("MACRA" or "Petitioner"), to provide legal representation in this case.

5. I am a member in good standing of the following courts and have never been disbarred or suspended and no disciplinary proceeding is currently pending against me:

   a. State Bar of Georgia – *Admitted 2017*
      104 Marietta St., NW
      Suite 100
      Atlanta, GA 30303

   b. United States District Court – Northern District of Georgia – *Admitted 2020*
      75 Ted Turner Drive, SW
      Atlanta, GA 30303-3309

   c. U.S. Court of Appeals for the Second Circuit – *Admitted 2020*
      40 Foley Square
      New York, NY 10007

   d. U.S. Court of Appeals for the Third Circuit – *Admitted 2022*
      601 Market Street, Philadelphia, PA 19106

   e. U.S. Court of Appeals for the Fifth Circuit – *Admitted 2020*
      600 Camp Street, New Orleans, LA 70130

   f. U.S. Court of Appeals for the Ninth Circuit – *Admitted 2023*
      95 Seventh Street, San Francisco, CA 94103

   g. U.S. Court of Appeals for the Eleventh Circuit – *Admitted 2022*

56 Forsyth Street, N.W., Atlanta, GA 30303

6. I have not been the subject of a grievance proceeding or an involuntary removal proceeding while a member of the bar of any state or federal court.

7. I designate Steven L. Penaro, Esq., of Alston & Bird LLP as counsel of record to assist me in this case. Mr. Penaro's office address, e-mail address, telephone number and fax number are as follows: 90 Park Avenue, New York, NY 10016; Telephone: (212) 210-9400; Fax: (212) 210-9444; Email: steve.penaro@alston.com.

8. I shall abide by all Court rules, including local and disciplinary rules, in my representation of MACRA.

9. I agree to pay the Clerk's fee and the appropriate fees for the client fund and agree to abide by L. Civ. R. 101.1(c).

Dated: March 21, 2025

_____
Robert H. Poole II, Esq.