Troutman Pepper Locke LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Angelo A. Stio III**
Partner
D 609.951.4125
Angelo.stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

March 25, 2025

**VIA ECF**

Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, NJ 08608

**Re:** *Malawi Communications Regulatory Authority v. Precisely Software Incorporated*,
Case No. 3:25-cv-01574-GC-JBD

Dear Judge Day:

This firm represents respondent Precisely Software Incorporated ("Precisely") in the above-referenced matter. We write to address the Court's March 18, 2025 text order [Dkt. 8] requiring Precisely to state its position on whether the continued sealing of exhibits attached to Petitioner's Petition to Confirm the Arbitration Award is necessary.

Precisely was not a party to the underlying arbitration and had no knowledge of the agreements attached as exhibits to the Petition until the Petition was served on it. Accordingly, just as Precisely had no interest in the underlying arbitration, it has no interest in the confidentiality and sealing of that arbitration record.

Respectfully,

*/s/ Angelo A. Stio III*

Angelo A. Stio III

cc:   Hon. Georgette Castner, U.S.D.J. (via ECF)
      All counsel of record (via ECF)