UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Malawi Communications Regulatory Authority, <br><br> Petitioner, <br><br> v. <br><br> Precisely Software Incorporated, <br><br> Respondent. | Case No. 3:25-cv-01574-GC-JBD <br><br> **ORDER ADMITTING ROBERT H. POOLE II, ESQ.** *PRO HAC VICE* |

This matter having been opened to the Court by Alston & Bird LLP, attorneys for Petitioner Malawi Communications Regulatory Authority ("MACRA" or "Petitioner"), for an order permitting Robert H. Poole II, Esq. to appear in this action *pro hac vice*; and Respondent having consented to his admission; and the Court having reviewed the Declaration of Robert H. Poole II, Esq., as well as the Declaration of Steven L. Penaro, Esq., in support of this application; and for good cause shown,

IT IS on this 8th day of April, 2025,

**ORDERED** that Robert H. Poole II, Esq. is hereby admitted *pro hac vice* in the above-referenced matter;

**IT IS FURTHER ORDERED** that Robert H. Poole II, Esq. shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in L. Civ. R. 101.1, *et seq.*;

2. Notify the Court immediately of any matters affecting his standing at the Bar of any other Court;

3. Have all pleadings, briefs, and other papers filed with the Court signed by the law firm of Alston & Bird, LLP, which shall be held responsible for those pleadings, briefs and other papers, and for the conduct of this case and of the attorneys admitted herein; and

**IT IS FURTHER ORDERED** that Robert H. Poole, Esq. shall:

1. Make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he represents a client in a matter pending before this Court; and

2. Make a payment of $250.00 to the Clerk of the United States District Court as provided by L.Civ. R. 101.1 (c)(3).

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE